# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GRISELDA BARRERA and EIDY GASPAR, on behalf of themselves and all other persons similarly situated, known and unknown, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) Case No. 13 C 5889 |
| v. | )<br>) Judge Samuel Der-Yeghiayan |
| STAFFING NETWORK HOLDING, LLC d/b/a STAFFING NETWORK and READERLINK, DISTRIBUTION SERVICES, LLC. | )<br>) Magistrate Judge Gilbert<br>)<br>)<br>) |
| Defendants. | ) |

### DEFENDANTS' JOINT, UNOPPOSED
### MOTION TO RESET FINAL APPROVAL HEARING

Defendants STAFFING NETWORK HOLDING, LLC d/b/a STAFFING NETWORK ("Staffing Network") and READERLINK, DISTRIBUTION SERVICES, LLC ("Readerlink") (collectively "Defendants") jointly move the Court to reset the final approval hearing that is scheduled for June 4, 2015, to a date on or after June 28, 2015. In support of this motion, Defendants state as follows:

1. Following settlement negotiations, the parties signed a Class Action Settlement Agreement, which was filed with the Court as an attachment to Plaintiffs Unopposed Motion for Preliminary Approval of the Parties Joint Stipulation of Settlement and for Approval of Class Certification, Form and Manner of Class Notice, and Scheduling Fairness Hearing for Final Approval of Settlement, on January 27, 2015 (ECF No. 54-1).

2. On February 5, 2015, the Court granted preliminary approval of the settlement, setting the final approval hearing for June 4, 2015 (ECF No. 59).

3. The Class Action Fairness Act, 29 U.S.C. § 1715(d) ("CAFA"), requires that notice be sent to the appropriate state and federal officials, at least 90 days before final approval is given.

4. Defendants are currently finalizing their CAFA notices and will mail them by Friday, March 27, 2015. Accordingly, to comply with the CAFA's 90-day notice requirement, the final approval hearing must be held no sooner than June 28, 2015 (*i.e.*, 90 days following mailing of the CAFA notices).

5. This deadline has not been continued or extended previously. There are no other existing Court-imposed deadlines.

6. Counsel for Plaintiffs does not oppose this motion.

WHEREFORE, Defendants ask that the Court reset the final approval hearing for a date that is convenient for the Court, on or after June 28, 2015, so that Defendants can finalize and mail their CAFA notices 90 days before the final approval hearing, as required by CAFA.

DATED: March 26, 2015

Respectfully submitted,

| STAFFING NETWORK HOLDING, LLC d/b/a STAFFING NETWORK | READERLINK DISTRIBUTION SERVICES, LLC |
|---|---|
| By: s/ Gerald L. Maatman_____<br>    One of Its Attorneys | By: s/ Jason C. Kim (w/ permission)__<br>    One of Its Attorneys |
| Gerald L. Maatman<br>gmaatman@seyfarth.com<br>Rebecca P. DeGroff<br>rdegroff@seyfarth.com<br>Giselle Donado<br>gdonado@seyfarth.com<br>Matthew Gagnon<br>mgagnon@seyfarth.com<br>Laura E. Reasons<br>lreasons@seyfarth.com<br>Kara Goodwin<br>kgoodwin@seyfarth.com | Jason C. Kim<br>jkim@ngelaw.com<br>Christopher D. Mickus<br>cmickus@ngelaw.com<br>Natalie Scruton<br>nscruton@ngelaw.com<br><br>NEAL, GERBER & EISENBERG LLP<br>2 North LaSalle Street, Suite 1700<br>Chicago, Illinois 60602<br>Telephone:    (312) 269-8000 |

19346238v.1

SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

19346238v.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 26th day of March 2015, I electronically filed the foregoing Defendants' Joint, Unopposed Motion to Reset Final Approval Hearing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, including the following:

      Christopher J. Williams
      Alvar Ayala
      Workers' Law Office, PC
      401 S. LaSalle St., Suite 1400
      Chicago, Illinois 60605

      Jason C. Kim
      Christopher D. Mickus
      Natalie Scruton
      NEAL, GERBER & EISENBERG LLP
      2 North LaSalle Street, Suite 1700
      Chicago, Illinois 60602

                                                                   s/ Gerald L. Maatman, Jr.
                                                                 Gerald L. Maatman, Jr.

19346238v.1