## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Griselda Barrera, et al. ) | | |
|     Plaintiffs ) | Case No: 13 C 5889 | |
| ) | | |
| v. ) | | |
| ) | Judge: Samuel Der-Yeghiayan | |
| Staffing Network Holding, LLC, et al.) | | |
|     Defendants ) | | |
| ) | | |

### ORDER

Defendants' joint unopposed motion to reset final approval hearing [64] is granted   Status hearing reset to 06/30/15 at 9:00 a.m. for a final approval hearing. Jenee Gaskin's motion to withdraw as counsel for Plaintiffs [62] is granted. Noticed motion dates of 03/31/15, 04/02/15 and status hearing date of 06/04/15 are stricken.

Date: March 30, 2015

/s/ *[signature]*
Samuel Der-Yeghiayan
U.S. District Court Judge