IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GRISELDA BARRERA and EIDY GASPAR, on behalf of themselves and all other persons similarly situated, known and unknown, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 13 C 5889<br>)<br>) Judge Samuel Der-Yeghiayan |
| STAFFING NETWORK HOLDING, LLC d/b/a STAFFING NETWORK and READERLINK, DISTRIBUTION SERVICES, LLC. | )<br>) Magistrate Judge Gilbert<br>)<br>)<br>) |
| Defendants. | ) |

**ORDER OF FINAL APPROVAL OF SETTLEMENT BETWEEN
PLAINTIFFS AND DEFENDANTS STAFFING NETWORK HOLDING, LLC AND
READERLINK DISTRIBUTION SERVICES, LLC**

The Parties having appeared before the Court on June 30, 2015 for a Hearing on Final Approval in the above-captioned matter; the Court having reviewed the Plaintiff's Unopposed Motion for Final Approval of the Class Action Settlement Agreement Between Plaintiffs and Defendants Staffing Network Holding, LLC d/b/a Staffing Network and Readerlink Distributions Services, LLC and other related materials submitted by the Parties, having heard the Parties' presentation at the Hearing on Final Approval; and otherwise being fully informed in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. A class was preliminarily certified, for settlement purposes only, by an Order dated February 5, 2015 ("Preliminary Approval Order", Docket Entry 59), defined as follows:

> All individuals who were employed by Staffing Network in Illinois as temporary employees and who were assigned to work at Readerlink Distribution Services, Inc.'s, Module Line and Promotions Departments in Illinois at any time between August 16,

1

2010 through August 16, 2013.

2. The Court finds that the Settlement Class satisfies the requirements of Fed. R. Civ. P. Rule 23(a) and is maintainable under Rule 23(b)(3) for purposes of settlement of this action only. The Court finally certifies the Settlement Class for purposes of settlement of this action only.

3. The Notice of Class Action Settlement ("Class Notice") sent to the members of the Settlement Class ("Class Members") via First Class Mail adequately informed the Class Members of the terms of the Settlement, the process available to them to obtain monetary relief, their right to request exclusion from the Settlement Class and pursue their own remedies, and their opportunity to file written objections and to appear and be heard at the final approval hearing regarding the approval of the Settlement. The Class Notice also adequately informed the Class Members of the telephone number of Class Counsel, Christopher J. Williams and Alvar Ayala of the Workers Law Office, P.C., to inquire about additional information regarding the case and settlement. The Court finds that the Class Notice provided satisfied the requirements of Fed. R. Civ. P. 23(e)(1)(B).

4. The Court finds that Defendants have met all the notice requirements of the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. §1715.

5. The Court hereby approves the proposed Stipulation of Settlement between Plaintiffs and Defendants Staffing Network Holdings, LLC d/b/a Staffing Network and Readerlink Distributions Services, LLC, incorporated into this Order, and finds that the Settlement is fair, reasonable, and adequate to all Class Members. The Court finds that the strength of the Plaintiff's case on the merits, weighed against Defendant's defenses, and the complexity, length, and expense of further litigation, support approval of the Settlement; the

Settlement Amount of One Hundred an Three Thousand Seven Hundred and Twenty Six and 67/100 Dollars ($103,726.67) plus any payroll taxes due on the settlement payments as calculated by SSI to resolve the claims of the Named Plaintiff and the Class arising under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), Illinois Minimum Wage Law 820 ILCS 105/1, *et seq.* ("IMWL") Illinois Wage Payment and Collection Act ("IWPCA"), 820 ILCS 115/1 *et seq*., and Illinois Day and Temporary Labor Services Act, 820 ILCS 175/1, *et seq.* ("IDTLSA") less the costs of claims administration, authorized up to $18,500, attorneys' fees and costs in the amount of $22,666.67, and a $1,500.00 incentive award to each of the two Named Plaintiffs and $1,500.00 payment to each of the two Named Plaintiffs in exchange for execution of a general release is a fair, reasonable and adequate settlement of the Class claims; the Settlement was reached as a result of arms-length negotiations between the Parties, and the support for the Settlement expressed by Class Counsel, and Counsel for Defendants, who have significant experience representing parties in complex class actions, weighs in favor of approval of the Settlement; the absence of any putative Class Members opting out of the Settlement or filing objections to the Settlement supports approval of the Settlement; and the litigation has progressed to a stage where the Court and the Parties could evaluate the merits of the case, potential damages, the probable course of future litigation, and that the stage of the proceedings thus warrants approval of the Settlement.

6. As identified by the Plaintiff's Unopposed Motion for Final Approval and supporting Memorandum of Law and the Declaration of Mark Patton, attached thereto, the Court finds that there were zero individuals who timely requested exclusion from the Settlement Class.

7. Upon entry of this Order of Final Approval of the Settlement Agreement and submission of the executed General Release to Defendant's counsel by the Named Plaintiff, the

3

Settlement Administrator, Settlement Services, Inc. ("SSI") will notify Defendant Staffing Network of any outstanding payments due to the settlement fund for administration costs, settlement payments to Class Members, and payroll taxes due on said settlement payments. Upon entry of this Order of Final Approval of the Settlement Agreement and submission of the executed General Release to Defendant's counsel by the Named Plaintiff, Defendant Staffing Network will pay said outstanding amount to the QSF via wire transfer.

8. Class Counsel is awarded approximately twenty one and a half percent (21.5%) of the Total Settlement Amount, or $22,666.67, for attorneys' fees and costs.

9. In accordance with the Stipulation of Settlement, upon entry of this Order of Final Approval of the Settlement Agreement and submission of the executed General Release to Defendant's counsel by the Named Plaintiff, the Settlement Administrator, SSI, shall mail to Workers' Law Office P.C. the general release and service award payments due to the Named Plaintiff.

10. In accordance with the Settlement Agreement, upon entry of this Order of Final Approval of the Settlement Agreement, the Claims Administrator, SSI, shall mail a check to each Class Member who is deemed to have timely returned a Claim Form within the terms set forth in this Agreement in an amount representing the net Settlement payment per Class Member as described in the Parties' Stipulation of Settlement;

11. In accordance with the Settlement Agreement, upon entry of this Order of Final Approval, the Claims Administrator, SSI, shall issue to the Workers' Law Office P.C. a payment in the amount $22,666.67 for attorneys' fees, litigation expenses, and costs incurred in this case.

12. This Court hereby dismisses all claims released in the Class Action Settlement Agreement with prejudice, and on the merits. All Parties are to bear their own fees and costs, except as otherwise provided in the Class Action Settlement Agreement.

13. By consent of the parties, and without affecting the finality of this Order, this Court hereby retains continuing jurisdiction over the implementation of this Settlement Agreement and any award or distribution of the Qualified Settlement Fund ("QSF").

14. The Court grants final approval of the Settlement and all of its terms as set forth within the Class Action Settlement Agreement, incorporated into this Order of Final Approval in its entirety by reference.

SO ORDERED this 23rd day of July, 2015 in Chicago, Illinois

_____
THE HONORABLE DER-YEGHIAYAN
UNITED STATES JUDGE